## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

A.B., by and through his parents and
natural guardians Z. Jill Barclift and
Adolph Barclift,

          Plaintiffs,

v.

Westonka Independent School District
277,

          Defendant.

Civil No. 14-0466 (MJD/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  Plaintiffs object to the

Magistrate Judge's finding that no exception to the exhaustion of administrative

remedies requirement under the Individuals With Disabilities Education Act

("IDEA") applies in this case.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on the Court's <u>de novo</u>

review the Court will adopt the Report and Recommendation and affirm the

Order.

**IT IS HEREBY ORDERED** that:

1.      The Report and Recommendation is **ADOPTED**;

2.      Defendant's Motion for Judgment on the Pleadings [Doc. No. 15] is **GRANTED**, and

3.      This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  January 26, 2015                    s/ Michael J. Davis
                                            Michael J. Davis
                                            Chief Judge
                                            United States District Court

2